NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VAUGHN MCCOY, DOC #T84300,            )
                                     )
            Appellant,               )
                                     )
v.                                   )            Case No. 2D16-5221
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____  )

Opinion filed April 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(3) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Vaughn McCoy, pro se, Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.